IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00348-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS MANUEL GARCIA-DIAZ,

        Defendant.

_____

**ORDER DIRECTING TRANSFER TO UNITED STATES
BUREAU OF PRISONS MEDICAL CENTER**
_____

Before the Court is the defendant's Motion to Continue Sentencing and for Order Directing Transfer to a United States Bureau of Prisons Medical Center (docket # 24), requesting continuance of the sentence and a complete, diagnostic medical evaluation of the defendant.

There is no dispute that Mr. Garcia-Diaz' health appears to have deteriorated in recent months. He has experienced increased and unabated swelling in his feet, legs, and hands, as well as numbness in those extremities. Currently, he cannot hold a pen or an eating utensil. Other inmates have had to help him get his food, as he cannot hold a tray. Walking is encumbered. Counsel has noticed that he appears to have some paralysis of facial muscles. The government does not contest the defendant's allegations that his health appears to have deteriorated in recent months in that he has experienced increased swelling and numbness in his extremities, that he need assistance in routine tasks and that his counsel has noticed what appears to be some paralysis of his facial muscles.

When imposing sentence, the Court must account for the defendant's need for appropriate medical care. 18 U.S.C. § 3553(a)(2)(D). In anticipation of addressing that objective and others, 18 U.S.C. § 3552(b) provides that, before or after receipt of the presentence report, the Court can require a study of the defendant if more information is needed to address his need for medical care. The Court finds that more information is needed.

Accordingly, and pursuant to 18 U.S.C. § 3552(b), the Court orders that the United States Bureau of Prisons shall conduct study of the defendant to include a complete medical evaluation, diagnosis and prognosis of the defendant's physical maladies described herein.

The Court FINDS that there are compelling reasons to have this evaluation conducted in a Federal Medical Center, and strongly recommends that FMC Rochester, Minnesota be designated as the facility where the study is conducted.

No later than **sixty (60) days** from the date of this Order, the United States Bureau of Prisons shall submit a written report to the Court, explaining in detail the diagnostic tests which were administered and the outcome of the test results. The court directs that the prison facility shall, if necessary, consult with outside experts to ensure a complete evaluation. The written report shall address what care is immediately necessary, and whether continuing appropriate medical care can and will be provided by the United States Bureau of Prisons. It is

**FURTHER ORDERED** that the United States Marshal will relay this order to the United States Bureau of Prisons with all due haste, and, upon receipt of notice of the designated medical center, will arrange the defendant's direct custodial transportation.

DATED this 14th day of May, 2009.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge